CENTRAL OF GEORGIA RAILWAY COMPANY *v.* BARTLETT.

ATKINSON, J. There being no complaint of any error of law committed on the trial, and the evidence being sufficient to support the verdict, the discretion of the judge in refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur.*

APRIL 18, 1913.

Action for damages.   Before Judge Freeman.   Carroll superior court.   July 10, 1912.

*Hall & Cleveland, J. E. Hall,* and *R. D. Jackson,* for plaintiff in error.   *G. W. Merrell* and *S. Holderness,* contra.